# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-2190

**Case Name** Rebecca Scofield v. Ashley Guillard

**Counsel submitting this form** Wendy J. Olson

**Represented party/parties** Rebecca Scofield

*Briefly describe the dispute that gave rise to this lawsuit.*

Defendant/Appellant Ashley Guillard published multiple TikTok videos in which she falsely stated that Rebecca Scofield, a professor at the University of Idaho, orchestrated the murders of the four University of Idaho students killed at a house near campus in November of 2022. Guillard falsely stated in multiple TikTok videos that Professor Scofield orchestrated the murders because she had been having a relationship with one of the murdered female students. Despite Professor Scofield sending two cease and desist letters, Guillard did not stop making false statements, even after a different person was arrested for the murders.

Professor Scofield sued Guillard for defamation. Guillard represented herself throughout the proceedings and repeatedly alleged in her pleadings both that Professor Scofield orchestrated the murder and that she did so because she had been having a relationship with one of the murdered female students.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The trial court granted summary judgment to Professor Scofield as to liability. At the conclusion of a trial on damages, the jury awarded Professor Scofield $10 million in damages.

Guillard likely will raise issues related to jury selection, testimony of one expert witness, and the trial court's summary judgment order on liability.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Professor Scofield has moved for attorney fees and costs.

**Signature** Wendy Olson **Date** April 15, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*