***Appeal No. 26-2190***

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

Rebecca Scofield,

*Appellee,*

v.

Ashley Guillard,

*Appellant.*

On Appeal from the United States District Court
for the District of Idaho
Hon. Raymond E. Patricco
Case No. 3:22-cv-00521-REP

# APPELLEE REBECCA SCOFIELD'S SUPPLEMENTAL EXCERPTS OF RECORD INDEX

WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
CORY M. CARONE, Bar No. 11422
cory.carone@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Appellee Rebecca Scofield*

# INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

## Volume 1 of 6



| Docket No./Transcript Date | Transcript Pages | Description of Document/Transcript | SER Pages |
|---|---|---|---|
| 149 | | Judgment | 2 |

# INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

## Volume 2 of 6



| Docket No./ Transcript Date | Transcript Pages | Description of Document/Transcript | SER Pages |
|---|---|---|---|
| 169 | | Memorandum Decision and Order re: Plaintiff's Motion for Attorney fees (Dkt. 151) and Defendant's Rule 60(b)(3) Motion for Relief of Judgment Due to Fraud (Dkt. 153) | 4-26 |
| 151 | | Plaintiff's Motion for Attorney Fees | 27-29 |
| 146 | | Special Verdict Form | 30-31 |
| 142 | | Defendant Ashley Guillard's Motion to Excuse Juror # 13 for Cause | 32-34 |
| 124 | | Memorandum Decision and Order re: Defendant's Rule 12(b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction (Dkt. 117) and Defendant's Motion for a Continuance of Trial (Dkt. 120) | 35-44 |
| 120 | | Defendant Ashley Guillard's Motion for a Continuance of Trial | 45-46 |
| 117 | | Defendant Ashley Gulilard's Rule 12(b)(1) Motion to Dismiss for Want of Subject-Matter Jurisdiction | 47-49 |
| 97 | | Defendant's Objections to Magistrate's Decision and Order on May 30, 2025 (Dkt. 96) | 50-62 |
| 96 | | Memorandum Decision and Order Re: Defendant's Rule 60(b)(2) Motion for Reconsideration of Partial Summary Judgment (Dkt. 92) | 63-69 |
| 93 | | Plaintiff's Opposition to Defendant's Motion for Reconsideration (Dkt. 92) | 70-82 |

| | | | |
|---|---|---|---|
| 92 | | Defendant's Rule 60(b)(2) Motion for Reconsideration of Partial Summary Judgment (Dkt. 74) | 83-85 |
| 89 | | Memorandum Decision and Order re: Defendant's Motion to Alter or Amend Judgment (Dkt. 77) | 86-101 |
| 88 | | Memorandum Decision and Order | 102-109 |
| 83 | | Opposition to Defendant's Second Motion for Reassignment to a U.S. District Judge (ECF 81) | 110-112 |
| 82 | | Plaintiff's Response to Defendant's Motion to Alter or Amend Judgment (ECF 77) | 113-124 |
| 81 | | Request for Reassignment to a U.S. District Judge | 125 |
| 80 | | Opposition to Defendant's Motion for Reassignment to a U.S. District Judge (ECF 75) | 126-134 |
| 77 | | Defendant's Motion to Alter or Amend Judgment (Dkt. 74) | 135-137 |
| 76 | | First Amended Complaint and Demand for Jury Trial | 138-150 |
| 75 | | Request for Reassignment to a U.S. District Judge | 151 |
| 74 | | Memorandum Decision and Order Re: Plaintiff's Amended Motion for Partial Summary Judgment (Dkt. 63) and Plaintiff's Motion for Leave to Amend Complaint to Add Punitive Damages (Dkt. 64) | 152-173 |
| 73 | | United State District Court District of Idaho U.S. Magistrate Judge Minute Entry: Plaintiff's Motion for Partial Summary Judgment and Motion for Leave to Amend Complaint to Add Punitive Damages | 174 |

| | | | |
|---|---|---|---|
| 66-1 | | Exhibit A – 12/10/22 Email from Ashley Guillard to Moscow tipline | 175-176 |

## INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

### Volume 3 of 6


| Docket No./ Transcript Date | Transcript Pages | Description of Document/Transcript | SER Pages |
|---|---|---|---|
| 65-1 | | Exhibit A – Book: *The Personification of Beauty* – See pgs. 87-88 | 178-317 |
| 65 | | Defendant's Response to Plaintiff's Amended Motion for Partial Summary Judgment (Dkt 63) | 318-333 |
| 64 | | Motion for Leave to Amend Complaint to Add Punitive Damages | 334-336 |
| 63-24 | | Declaration of Rebecca Scofield in Support of Plaintiff's Amended Motion for Partial Summary Judgment | 337-340 |
| 63-4 | | Exhibit A – Defendant's Response to Plaintiff's Requests for Admission | 341-349 |
| 63-2 | | Plaintiff's Amended Statement of Undisputed Material Facts | 350-359 |
| 63 | | Plaintiff's Amended Motion for Partial Summary Judgment | 360-362 |
| 61 | | ECF Notification Docket Text for Minute Entry | 363-364 |
| 59 | | Memorandum Decision and Order Re: Defendant's Motion to Set Aside and Motion to Dismiss (Dkt. 50) | 365-388 |
| 56 | | Plaintiff's Motion for Partial Summary Judgment | 389-391 |
| 52 | | Defendant Ashley Guillard's Response to Motion to Quash or Modify Subpoena to Meta Platforms, Inc. | 392-398 |
| 51 | | Memorandum in Opposition to Defendant's Motion to Set Aside and Motion to Dismiss (Dkt. 50) | 399-411 |

| | | | |
|---|---|---|---|
| 50-1 | | Memorandum in Support of Ashley Guillard's Motion to Set Aside Memorandum Decision and Order (Dkt. 49) & Concurrent Motion to Dismiss (Dkt. 1) | 412-441 |
| 50 | | Defendant Ashley Guillard's Motion to Set Aside Memorandum Decision and Order (Dkt. 49) & Concurrent Motion to Dismiss (Dkt. 1) | 442-444 |
| 49 | | Memorandum Decision and Order Re: Plaintiff's Motion to dismiss Defendant's Counterclaims (Dkt. 22) and Plaintiff's Motion to Quash Summonses for Wendy J. Olson, Elijah M. Watkins, and Cory M. Carone (Dkt. 25) | 445-467 |

## INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

### Volume 4 of 6


| Docket No./ Transcript Date | Transcript Pages | Description of Document/Transcript | SER Pages |
|---|---|---|---|
| 48-3 | | Exhibit A – Notice of Intent to Serve Subpoena on "Facebook" Meta Platforms, Inc. | 469-557 |
| 47 | | United States District Court District of Idaho U.S. District Judge Minute Entry for Plaintiff's Motion to Dismiss Defendant's Counterclaims and Plaintiff's Motion to Quash Summonses | 558 |
| 36 | | Counterclaimant Ashley Guillard's Response to Counter Defendant Rebecca Scofield's Motion to Quash Summons for Wendy J. Olson, Elijah M. Watkins, and Cory M. Carone (Dkt. 25) | 559-565 |
| 35 | | Counterclaimant Ashley Guillard's Response to Counter Defendant Rebecca Scofield's Motion to Dismiss Counterclaims (Dkt. 22) | 566-585 |
| 31 | | Defendant/ Counterclaimants Discovery Plan | 586-596 |
| 29 | | Litigation Plan | 597-599 |
| 28 | | Proof of Service – Cory M. Carone | 600-602 |
| 27 | | Proof of Service – Wendy J. Olson | 603-605 |
| 26 | | Proof of Service – Elijah M. Watkins | 606-608 |
| 23 | | Counter Claimant Ashley Guillard's Status Report on Service of Process Pursuant to District Local Rule Civ. 4.1(Civil) | 609-612 |
| 20 | | Defendant-Counterclaimant Ashley Guillard's Answer, Affirmative Defenses and Counterclaims to Complaint | 613-673 |

| | | | |
|---|---|---|---|
| 18 | | Memorandum Decision and Order Re: Defendant's Motion for Relive from a Judgment or Order Pursuant to Rule 60(b) (Dkt. 7); Defendant's Motion to be Granted CM/ECF E-File Access Pursuant to District Local Rule Civ 5.1 (Civil) (Dkt. 8); Plaintiff's Motion for Default Judgment (Dkt. 10); and Plaintiff's Motion to Strike Defendant's Answer, Affirmative Defenses and Counterclaims to Complaint (Dkt. 12) | 674-684 |
| 17-1 | | Notice of Assignment to a United States Magistrate Judge and Consent Form | 685 |
| 10 | | Motion for Default Judgment | 686-688 |
| 7 | | Defendant's Motion for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 689-694 |
| 6 | | Defendant-Counterclaimant Ashley Guillard's Answer, Affirmative Defenses and Counterclaims to Complaint | 695-719 |
| 5 | | Clerk's Entry of Default | 720 |
| 1 | | Complaint and Demand for Jury Trial | 721-732 |

## INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

### Volume 5 of 6



| Docket No./ Transcript Date | Transcript Pages | Description of Document/Transcript | SER Pages |
|---|---|---|---|
| 02/24/26 | 1-2 | Cover and Index of Trial Transcript Day 1 | 734-735 |
| 02/24/26 | 40-54 | Direct Examination of Rebecca Scofield by Wendy Olson | 736-750 |
| 02/24/26 | 59-70 | Direct Examination of Rebecca Scofield by Wendy Olson | 751-762 |
| 02/24/26 | 76-79 | Direct Examination of Rebecca Scofield by Wendy Olson | 763-766 |
| 02/24/26 | 88-91 | Direct Examination of Rebecca Scofield by Wendy Olson | 767-770 |
| 02/24/26 | 145 | Certificate of Reporter for Day 1 of Trial | 771 |
| 02/25/26 | 146-148 | Cover and Index of Trial Transcript Day 2 | 772-774 |
| 02/25/26 | 210-214 | Direct Examination of Ashley Guillard by Wendy Olson | 775-779 |
| 02/25/26 | 234-237 | Direct Examination of Ashley Guillard by Wendy Olson | 780-783 |
| 02/25/26 | 249-260 | Direct Examination of Ashley Guillard by Wendy Olson | 784-795 |
| 02/25/26 | 294-301 | Redirect Examination of Ashley Guillard by Wendy Olson | 796-803 |
| 02/25/26 | 363 | Certificate of Reporter for Day 2 of Trial | 804 |
| 02/26/26 | 364-365 | Cover and Index of Trial Transcript Day 3 | 805-806 |
| 02/26/26 | 474-485 | Direct Examination of Christopher Hanson by Cory Carone | 807-818 |
| 02/26/26 | 503-506 | Redirect Examination of Christopher Hanson by Cory Carone | 819-822 |
| 02/26/26 | 513-516 | Direct Examination of John Joseph Tomas Carlsen by Cory Carone | 823-826 |

| | | | |
|---|---|---|---|
| 02/26/26 | 543-558 | Closed Court session | 827-842 |
| 02/26/26 | 594 | Certificate of Report for Day 3 of Trial | 843 |
| 02/27/26 | 595-597 | Cover and Index for Trial Transcript Day 4 | 844-846 |
| 02/27/26 | 598-601 | Motion to Strike Juror Number 13 | 847-850 |
| 02/27/26 | 729 | Certificate of Reporter for Day 4 of Trial | 851 |
| Trial Ex. 13 | | Demonstrative Exhibit – List of Videos | 852-909 |
| Trial Ex. 19 | | Cease and Desist Letter from Wendy Olson to Ashley Guillard dated November 28, 2022 | 910-911 |
| Trial Ex. 20 | | Cease and Desist Letter from Wendy Olson to Ashley Guillard dated December 8, 2022 | 912 |
| Trial Ex. 23 | | Plea Agreement in *State of Idaho v. Bryan C. Kohberger* | 913-915 |
| 154 | | Notice of Appeal | 916-918 |
| 09/28/26 | | Docket Report | 919-936 |

## INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

**Volume 6 of 6**
***FILED UNDER SEAL***


| Docket No./ Transcript Date | Transcript Pages | Description of Document/Transcript | SER Pages |
|---|---|---|---|
| 02/24/26 | 1-2 | Cover and Index for Sealed Voir Dire Transcript | 938-939 |
| 02/24/26 | 37-39 | Voir Dire by court | 940-942 |
| 02/24/26 | 43-45 | Voir Dire by court | 943-945 |
| 02/24/26 | 48-52 | Voir Dire by court | 946-951 |
| 02/24/26 | 85-91 | Peremptory Challenges | 952-958 |
| 02/24/26 | 93-95 | Peremptory Challenges and Seating of Jury | 959-961 |
| 02/24/26 | 99 | Certificate of Reporter for Sealed Voir Dire Transcript | 962 |


DATED: September 28, 2026

STOEL RIVES LLP

*/s/ Wendy J. Olson*

Wendy J. Olson
Cory M. Carone

*Attorneys for Appellee Rebecca Scofield*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals of the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Wendy J. Olson*
Wendy J. Olson